# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 11-01512 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Robert C. Mitchell |
| CENTER FOR EMERGENCY ) | |
| MEDICINE OF WESTERN ) | |
| PENNSYLVANIA, INC., d/b/a ) | |
| STAT MEDEVAC ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates. On March 6, 2013, the magistrate judge issued a Report and Recommendation (Doc. 41) recommending that Defendant's motion for summary judgment (Doc. 24) be granted. Service of the Report and Recommendation was made on the parties, Plaintiff timely filed Objections (Doc. 43) and Defendant timely filed a Response to Objections (Doc. 44).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, Objections and Response to Objections, the following Order is entered:

AND NOW, this 8th day of May, 2013,

IT IS HEREBY ORDERED that the Report and Recommendation of March 6, 2013 (Doc. 41) is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (Doc. 24) is GRANTED.

s/ Cathy Bissoon  
Cathy Bissoon  
United States District Judge

cc:

All attorneys of record (via CM/ECF e-mail).